Ramin R. Younessi, Bar No. 175020
ryounessi@younessilaw.com
Samantha L. Ortiz, Bar No. 312503
sortiz@younessilaw.com
Christopher S. Afgani, Bar No. 336750
cafgani@younessilaw.com
LAW OFFICES OF RAMIN R. YOUNESSI
A PROFESSIONAL LAW CORPORATION
3435 Wilshire Blvd. Suite 2200
Los Angeles, CA 90010
Telephone:    213.480.6200
Facsimile:    213.480.6201

Attorneys for Plaintiff
SHEILA ROWELA CAFE


Britney N. Torres, Bar No. 287019
btorres@littler.com
Douglas L. Ropel, Bar No. 300486
dropel@littler.com
LITTLER MENDELSON, P.C.
500 Capitol Mall, Suite 2000
Sacramento, California 95814
Telephone:    916.830.7200
Fax No.:    916.561.0828

Attorneys for Defendants
PRIME NOW LLC and AMAZON.COM SERVICES LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SHEILA ROWELA CAFE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PRIME NOW LLC, a limited liability company; AMAZON.COM SERVICES, LLC, a limited liability company; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:23-cv-02867-TLN-KJN<br><br>**JOINT STIPULATION TO MODIFY SCHEDULING ORDER; ORDER**<br><br><br><br><br><br>Trial Date:    Not Yet Set<br>Complaint Filed:    October 30, 2023 |

1   Plaintiff SHEILA ROWELA CAFE ("Plaintiff") and Defendants PRIME NOW LLC and
2  AMAZON.COM SERVICES LLC ("Defendants") (collectively Plaintiff and Defendants are referred
3  to herein as the "Parties"), by and through their respective counsel of record, hereby stipulate to
4  continue the deadlines set by the Initial Pretrial Scheduling Order (ECF Dkt. 3).

5   WHEREAS, Plaintiff filed the operative Complaint on **October 30, 2023**, in the
6  Superior Court of California, County of Sacramento;

7   WHEREAS, Defendants removed this matter to the United States District Court,
8  Eastern District of California on **December 7, 2023**;

9   WHEREAS, on **December 8, 2023**, the Court issued an Initial Pretrial Scheduling
10 Order that set forth the following litigation dates:

11 - Non-expert discovery completion date – **August 5, 2024** (240 days after removal);
12 - Expert witness disclosure deadline – **October 4, 2024** (60 days after close of
13   discovery);
14 - Supplemental expert witness disclosure deadline – **November 4, 2024** (30 days after
15   initial expert witness disclosures);
16 - Supplemental discovery completion date – **January 2, 2025** (30 days prior to the
17   dispositive motion deadline); and
18 - Dispositive motion deadline – **February 1, 2025** (180 days after close of discovery);

19   WHEREAS, the Parties have agreed to participate in a private mediation currently
20 scheduled to be held on **August 19, 2024**, and the Parties seek to stay litigation activities in order to
21 focus their efforts on potential resolution of this matter;

22   WHEREAS, the Parties respectfully request that the Court modify the Initial Pretrial
23 Scheduling Order and reset the litigation dates as follows (or other dates as the Court sees fit);

24 - Non-expert discovery completion date – **November 19, 2024**;
25 - Expert witness disclosure deadline – **January 17, 2025**;
26 - Supplemental expert witness disclosure deadline – **February 17, 2025**;
27 - Supplemental discovery completion date – **April 18, 2025**; and
28 - Dispositive motion deadline – **May 19, 2025**.

Dated: May 10, 2024	LAW OFFICES OF RAMIN R. YOUNESSI, APC


*/s/ Chris S. Afgani* (as authorized on 5/9/24)
Ramin R. Younessi
Samantha L. Ortiz
Christopher S. Afgani

Attorneys for Plaintiff
SHEILA ROWELA CAFE


Dated: May 10, 2024	LITTLER MENDELSON, P.C.


*/s/ Douglas L. Ropel*
Britney N. Torres
Douglas L. Ropel

Attorneys for Defendants
PRIME NOW LLC and AMAZON.COM SERVICES LLC

## ORDER

AS STIPULATED, the Pretrial Scheduling Order is modified as follows:

- Non-expert discovery completion date – **November 19, 2024**;

- Expert witness disclosure deadline – **January 17, 2025**;

- Supplemental expert witness disclosure deadline – **February 18, 2025**;

- Supplemental discovery completion date – **April 18, 2025**; and

- Dispositive motion deadline – **May 19, 2025**.

IT IS SO ORDERED.

DATED: May 10, 2024

Troy L. Nunley
United States District Judge